1060-76

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 Case |
| | ) | No. 09-11747 |
| RON WINN, | ) | Hon. Bruce W. Black (Joliet) |
| | ) | Hearing _____ |
| Debtor. | ) | |

**OBJECTION TO NO ASSET FINDING AND TO DISCHARGE**

Huck Bouma PC, an unsecured creditor, objects to the Trustee's no-asset finding of May 26, 2009 and to the discharge of debtor, Ron Winn. In support of its objection, Huck Bouma PC states as follows:

1. On April 2, 2009, Ron Winn (the "Debtor") filed for relief under Chapter 7 of Title 11 of the U.S. Bankruptcy Code. Thomas B. Sullivan was appointed as the Trustee. On May 21, 2009, an 11 U.S.C .§ 341(a) First Meeting of Creditors was held in Joliet, Illinois.

2. Edward J. Sedlacek was present in order to represent the interest of Huck Bouma PC.

3. During the examination, Mr. Sedlacek inquired as to whether the judgment in the approximate amount of $193,000.00, in favor of the Debtor, his ex-wife, Leanore Baumgartner f/k/a Leanore Winn, and D & R Enterprises, Inc., arising out of matter 05 L 521 in the Sixteenth Judicial Circuit, Kane County, Illinois, was listed in the Debtor's bankruptcy schedules.

4. The Debtor acknowledged that the judgment was not listed in his bankruptcy schedule.

5. The Debtor also acknowledged that the shares in his dental practice, Naperville Dental Centers, Inc. were not listed.

6. The Trustee then continued the Creditors' meeting to June 4, 2009.

7. However, despite having continued the Creditor's meeting to June 4, 2009, on May

26, 2009, the Trustee entered a No-Asset Report of no distribution to creditors.

    8.    No information regarding the continued Creditors' meeting was found on the docket.

    9.    Huck Bouma PC believes the judgment in case number 05 L 521 is a valuable asset and has offered in writing to purchase Ron Winn's interest in D & R Enterprises as well as his interest in the judgment from out of the bankruptcy estate. However, the Trustee has not responded to the offer.

    10.    Huck Bouma PC hereby objects to the Trustee's no-asset finding, the closing of this bankruptcy case and the discharge of the Trustee as Huck Bouma believes there are assets of value that should not be abandoned, specifically, the judgment arising out of matter 05 L 521 in the Sixteenth Judicial Circuit, Kane County, Illinois and the Debtor's ownership interest in his dental practice.

    11.    Huck Bouma PC further objects to the discharge of the debtor because it was admitted at his creditor's meeting that his interest in the aforesaid judgment and his interests in the corporations he used to operate his dental practice were not listed as assets on his bankruptcy schedules.

WHEREFORE, Huck Bouma PC respectfully asks that this Court direct the Trustee to rescind his No-Asset Report, reopen this bankruptcy case and administer all non-exempt assets including, but not limited to, the Debtor's interest in D & R Enterprises and the $193,000 judgment.

                          Respectfully submitted,

                          HUCK BOUMA PC


                        By: /s/ Elizabeth A. Bates
                           Elizabeth A. Bates

## CERTIFICATE OF FILING AND SERVICE

I, Elizabeth A. Bates state as follows under penalty of perjury this fourteenth day of July, 2009:

1.  I filed this *Objection* by filing it with the clerk of the court by electronic means.

2.  I served this *Objection* by filing it with the clerk of the court by electronic means, which electronic filing constitutes service by virtue of local rule 5.9.

3.  I served this *Objection* by placing accurate copies of it in an envelope with proper postage prepaid and plainly addressed to - See Attached Service List.

4.  I made the electronic filing and deposited the envelopes in the United States mail at Wheaton, Illinois on July 14, 2009, before 4:30 p.m.


By:   */s/ Elizabeth A. Bates*

Elizabeth A. Bates
Edward J. Sedlacek
**HUCK BOUMA PC**
1755 S. Naperville Road, Suite 200
Wheaton, Illinois 60189
Telephone (630) 221-1755; Facsimile (630) 221-1756
Attorney No. 6206287
R:\1000s\1000-1099\1060-76\Bankruptcy Documents\Objection final.wpd

3