Form NTCFTFC7

# United States Bankruptcy Court
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:
Ron Winn
251 Sherman AVe
Montgomery, IL 60538
SSN: xxx−xx−6991 EIN: N.A.

Case No. : 09−11747
Chapter : 7
Judge : Bruce W. Black

---

Debtor's Attorney:
Jon N. Dowat
Thinking Outside the Box, Inc.
4320 Winfield Road Suite 200
Warrenville, IL 60555

630−780−8474

Trustee:
Thomas B Sullivan
Grochocinski, Grochocinski & Lloyd Ltd.
1900 Ravinia Place
Orland Park, IL 60462

708−226−2700

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on ***April 2, 2009 .***

1. ***October 23, 2009*** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. ***October 23, 2009*** is fixed as the last day for filing or claims by govenmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the above date fixed as the last day for the filing of claims will not be timely, except as otherwise provided by law. A claim may be filed in person or by mail on an official form prescribed for a proof of claim. If you wish to file a claim, please use the claim form on the reverse side.

For the Court,

Dated: July 23, 2009

Kenneth S. Gardner , Clerk
United States Bankruptcy Court