IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Ron Winn** | ) | No. 09B 11747 |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:   See Attached

I, THOMAS B. SULLIVAN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on February 1, 2016 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

BY:/s/ Thomas B. Sullivan
Ch 7 Bankruptcy Trustee

Service List:

Commonwealth Edison
2100 Swift Road
Attn:  Bankruptcy Section /System Credit
Oak Brook, IL   60523

Designs for Vision, Inc.
760 Koehler Avenue
Ronkonkoma, NY   11779

George Mueller
2445 Duckabush Road
Brinnon, WA   98320

Huck Bouma, PC
1755 S. Naperville Road
Suite 200
Wheaton, IL   60189

Standard Bank & Trust Company
7800 W. 95th Street
Hickory Hills, IL   60457

Fia Card Services, NA
Bank of America by American Infosource, LP as its agent
P.O. Box 248809
Oklahoma City, OK   73124-8809

Solomon & Leadley
320 E. Indian Trail
Aurora, IL   60505-1760

De Lage Landen Financial Services, Inc.
c/o Thomas V. Askounis
Askounis & Darcy, PC
401 N. Michigan Avenue, Ste 550
Chicago, IL   60611

Leanore A. Baumgartner
513 Fairlane Drive
Joliet, IL   60435

Jon Dowat
thinkgoutside@comcast.net

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov